# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00620-CV

**In re Brandon Williams**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied, and the motion for emergency temporary relief and a stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d); *see also State ex rel. Latty v. Owens*, 907 S.W.2d 484, 486 (Tex. 1995) (per curiam) (holding that district court's order signed before requested hearing was conducted was final, appealable order that should have been challenged by timely motion for new trial, timely appeal, or bill of review).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: August 22, 2025